UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
SEAWOLF TANKERS INC.,                :     Case No. 20-cv-5198 (RA)(SDA)
                                     :
           Plaintiff,                :     ECF CASE
                                     :
    - against -                      :
                                     :
LAUREL SHIPPING LLC,                 :
                                     :
           Defendant.                :
----------------------------------------------------X

## ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Kevin J. Lennon, sworn to on July 13, 2020 and good cause shown having been shown, it is hereby

ORDERED that Kevin J. Lennon or any other partner, associate, paralegal or agent of Lennon, Murphy & Phillips, LLC, be, and is hereby, appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets of, or on account of, the Defendant.

Dated: July 13, 2020

                                            _____
                                                        U.S.D.J.