```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAWOLF TANKERS INC.,

                Plaintiff,

                v.

LAUREL SHIPPING LLC,

                Defendant.

No. 20-CV-5198 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On July 10, 2020, the Court issued an Order scheduling an initial conference for September 18, 2020 at 2 PM. Dkt. 10. The Order directed the parties to submit a joint letter and a proposed case management plan by September 11, 2020. *Id*. The parties have not yet done so. They shall do so by the end of the day today, and/or shall inform the Court whether they seek an extension of the deadline to do so and an adjournment of the initial conference.

SO ORDERED.

Dated:    September 17, 2020
            New York, New York

                                              Ronnie Abrams
                                              United States District Judge