USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAWOLF TANKERS INC.,

       Plaintiff,

   v.

LAUREL SHIPPING LLC,

       Defendant.

No. 20-CV-5198 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  As discussed at today's telephone conference, Plaintiff shall file its anticipated motion to intervene no later than October 22, 2020, Defendant shall file its opposition no later than November 12, 2020, and Plaintiff shall file its reply, if any, no later than November 19, 2020. In addition, the parties shall file a joint letter regarding their respective positions on consolidation of this action with *Laurel Shipping et al. v. Ridgebury*, 20-cv-7246 (RA), no later than November 9, 2020.

SO ORDERED.

Dated: October 8, 2020
    New York, New York

                    Ronnie Abrams
                    United States District Judge