UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAWOLF TANKERS INC., <br><br> Plaintiff, <br><br> v. <br><br> LAUREL SHIPPING LLC, <br><br> Defendant. | No. 20-CV-05198 (RA) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

Pending before the Court is Plaintiff's motion for partial summary judgment. For reasons that will follow, the motion is denied.

The Clerk of Court is respectfully directed to terminate the motion pending at docket entry 47 in 20-cv-5198 and docket entry 82 in 20-cv-7246.

SO ORDERED.

Dated:  September 27, 2022
        New York, New York

_____
Ronnie Abrams
United States District Judge