UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAWOLF TANKERS INC.,<br><br>                            Plaintiff,<br>          v.<br><br>LAUREL SHIPPING LLC,<br><br>                           Defendant. | No. 20-CV-05198 (RA) |
| FREEPOINT COMMODITIES LLC and FREEPOINT COMMODITIES SINGAPORE PTE LTD.,<br><br>                           Plaintiffs,<br>          v.<br><br>RIDGEBURY KILO LLC and SEAWOLF TANKERS INC.,<br><br>                           Defendants. | No. 20-CV-07246 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

      The parties in the related cases at docket numbers 20-cv-5198 and 20-cv-7246 shall appear for a conference on October 3, 2022 at 11:30 a.m. Unless the parties request otherwise, the conference will be held via telephone. The parties may dial into the conference using the following information: Call-In Number: (888) 363-4749; Access Code 1015508. This line is open to the public.

SO ORDERED.

Dated:    September 27, 2022
              New York, New York

_____
Ronnie Abrams
United States District Judge