UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAWOLF TANKERS INC., <br><br> Plaintiff, <br> v. <br> LAUREL SHIPPING LLC, <br><br> Defendant. | No. 20-CV-05198 (RA) |
| FREEPOINT COMMODITIES LLC and FREEPOINT COMMODITIES SINGAPORE PTE LTD., <br><br> Plaintiffs, <br> v. <br> RIDGEBURY KILO LLC and SEAWOLF TANKERS INC., <br><br> Defendants. | No. 20-CV-07246 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

The conference originally scheduled for today at 11:30 a.m. with the parties in docket numbers 20-cv-5198 and 20-cv-7246 is hereby adjourned.

SO ORDERED.

Dated:   October 3, 2022
         New York, New York

_____
Ronnie Abrams
United States District Judge