UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEAWOLF TANKERS INC.,<br><br>                  Plaintiff,<br>      v.<br><br>LAUREL SHIPPING LLC,<br><br>                  Defendant. | No. 20-CV-05198 (RA) |
| FREEPOINT COMMODITIES LLC and FREEPOINT COMMODITIES SINGAPORE PTE LTD.,<br><br>                  Plaintiffs,<br>      v.<br><br>RIDGEBURY KILO LLC and SEAWOLF TANKERS INC.,<br><br>                  Defendants. | No. 20-CV-07246 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

       The previously scheduled conference with all parties in docket numbers 20-cv-5198 and 20-cv-7246 is hereby rescheduled to October 18, 2022 at 2:30 p.m. At the conference, the Court will state its reasoning for its decision at Dkt. 69 in docket number 20-cv-5198 and discuss next steps in these matters. Unless the parties request otherwise, the conference will be held via telephone. The parties may dial into the conference using the following information: Call-In Number: (888) 363-4749; Access Code 1015508. This line is open to the public.

SO ORDERED.

Dated:    October 6, 2022
               New York, New York

_____
Ronnie Abrams
United States District Judge