UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEAWOLF TANKERS INC.,

                Plaintiff,

        v.

LAUREL SHIPPING LLC,

                Defendant.

No. 20-CV-05198 (RA)

---

RONNIE ABRAMS, United States District Judge:

    On October 18, 2022, the Court held a conference in this matter during which the parties requested an extension of time to complete fact discovery. The deadline for fact discovery is hereby extended from October 30, 2022 until December 30, 2022. By that same date, the parties shall submit a joint letter updating the Court on the status of this matter. The post-fact-discovery conference currently scheduled for November 4, 2022 is adjourned.

SO ORDERED.

Dated:    October 19, 2022
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge