UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Seawolf Tankers Inc.,

                Plaintiff,

-against-

Laurel Shipping LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2024

1:20-cv-05198 (JHR) (SDA)
Member case:
1:20-cv-07246 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on January 30, 2024, Freepoint Commodities Singapore Pte Ltd. and Freepoint Commodities LLC (collectively "Freepoint") and Laurel Shipping LLC (together with Freepoint, "F&L") filed a letter requesting the Court to (1) direct Seawolf Tankers Inc. ("Seawolf") to produce a brief that Seawolf provided to its expert in this action, redacted as appropriate to conceal any attorney work product, and (2) review an unredacted version of the brief *in camera* to assess whether any redactions are appropriate (F&L 1/30/24 Ltr., ECF No. 126); and

WHEREAS, on February 2, 2024, Seawolf filed an opposition to F&L's letter (Seawolf 2/2/24 Opp'n Ltr., ECF No. 127); and

WHEREAS, on February 6, 2024, the Court ordered the parties to appear for a conference to address F&L's letter filed at ECF No. 126 to take place at 2:00 PM ET on Thursday, February 8, 2024 (the "Conference"); and

WHEREAS, the Court has discretion to review documents *in camera*.[1]

---

[1] *See, e.g., Adams v. Quigley*, No. 19-CV-01662 (ENV) (RER), 2019 WL 6253824, at *3 (E.D.N.Y. Nov. 22, 2019) (citing *In re City of New York*, 607 F.3d 923, 948 (2d Cir. 2010)) ("the Second Circuit grants courts broad discretion to rule on the propriety of *ex parte*, *in camera* submissions, counseling that a court may do so '"in the exercise of its informed discretion and on the basis of the circumstances presented."'"); *6340*

NOW, THEREFORE, it is hereby **ORDERED** that, no later than 5:00 p.m. on February 7, 2024, Seawolf shall email an unredacted copy of the brief at issue in F&L's letter *ex parte* to Aaron_NYSDChambers@nysd.uscourts.gov for the Court's *in camera* review.

**SO ORDERED.**

Dated:    New York, New York
          February 6, 2024

_____
STEWART D. AARON
United States Magistrate Judge

---

*NB LLC v. Capital One, N.A.*, No. 20-CV-025000 (OEM) (JMW), 2023 WL 7924176, at *4 (E.D.N.Y. Nov. 16, 2023) (citing *Linde v. Arab Bank, PLC*, 608 F. Supp. 2d 351, 361 (E.D.N.Y. Feb. 25, 2009)) ("the decision whether to even engage in an *in-camera* review rests within the district court's sound discretion.").